(November 3, 1923.)

CLIFFORD L. SHARP, Respondent, v. PERCY JEFFREY, Appellant.

[221 Pac. 143.]

APPEAL from the District Court of the Ninth Judicial District, for Jefferson County. Hon. James G. Gwinn, Judge.

Action to oust defendant from the office of highway commissioner, and for the statutory penalty. From judgment for plaintiff, defendant appeals. *Reversed* and *remanded,* with instructions to dismiss.

F. A. McCall and C. A. Bandel, for Respondent.

Peterson & Coffin and R. W. Katerndahl, for Appellant.

WILLIAM A. LEE, J.—This is a companion case to *Sharp v. Brown, ante,* p. 136, 221 Pac. 139. Upon the authority of that case, the judgment is reversed and the cause remanded, with instructions to dismiss the proceedings. Costs awarded to appellant.

Budge, C. J., and McCarthy, Dunn and Wm. E. Lee, JJ., concur.